DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIMMY CONTRERAS,**
Appellant,

v.

**RICK CASE CARS, INC.,** a Florida corporation, and **ANDY RADU,**
Appellees.

No. 4D2023-1177

[January 11, 2024]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. 22-007258.

Chris Kleppin and Allyson Kisiel of The Kleppin Firm, P.A., Plantation, for appellant.

Lauren D. Swanson of Hinshaw & Culbertson LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, KUNTZ and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***